No. 611. HERZBERG'S, INC. *v.* OCEAN ACCIDENT & GUARANTEE CORP. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Sam Beber* for petitioner. *Messrs. J. A. C. Kennedy, R. E. Svoboda,* and *E. J. Svoboda* for respondent.

No. 618. JUMP ET AL. *v.* ELLIS, SUPERINTENDENT OF OSAGE INDIAN AGENCY. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Neal E. McNeill* for petitioners. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for respondent.

No. 620. HARRIS, PRESIDENT OF CALCOCRAFT, *v.* NATIONAL LABOR RELATIONS BOARD. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward W. Hamilton* for petitioner. *Solicitor General Jackson,* and *Messrs. W. Marvin Smith, Charles Fahy, Robert B. Watts,* and *Mortimer B. Wolf* for respondent.

Nos. 621, 622 and 623. ATLANTIC COAST LINE CO. *v.* UNITED STATES. February 27, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Carl H. Davis, Robert R. Faulkner,* and *J. Crossan Cooper, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Earl C. Crouter* for the United States.